# EXHIBIT 3

# McGraw, Max (SHB)

| | |
|---|---|
| **From:** | Marsha E. Green |
| **Sent:** | Monday, February 22, 2021 4:35 PM |
| **To:** | legal@gearlaunch.com |
| **Subject:** | Notice of Trademark Infringement - MAKO |
| **Importance:** | High |

It has come to White River Marine Group, LLC's ("White River") attention that yourclickshop.top is selling shirts, hoodies, mugs and masks containing the MAKO logo ("Infringing Products"), as seen at the following link:

https://yourclickshop.top/limited-kmm-96?fbclid=IwAR3dQiXcIQjyVf6Q6vh2-CippT2c02Vj2j_UDMY6hioUTzOk6ZiB-Vo-YvU&s=hanes-5250&c=Black&p=FRONT

White River, formerly known as Tracker Marine, LLC, owns trademark registrations for the well-known MAKO mark and logo, which have been registered with the U.S. Patent and Trademark Office since the early 1970s (collectively, the "Mako Logo").

| Marks | U.S. Reg. Number | Goods/Services |
|---|---|---|
|  | 0884489 | 12: Boats and parts thereof |
|  | 0963390 | 12: Boats and parts thereof |

By virtue of its extensive and continuous use, and its federal registrations, White River has acquired significant goodwill, consumer recognition and exclusive rights for its Mako Logo throughout the United States.

yourclickshop.top does not have permission to use the registered and famous Mako Logo or any confusingly similar marks. Such unauthorized use is likely to cause confusion, mistake, and/or deception in the minds of the public, to dilute and tarnish the fame and distinctive quality of White River's well-known marks, and to harm White River's goodwill and reputation, thereby infringing White River's rights under several provisions of the Lanham Act. 15 U.S.C. §§ 114, 1125, et seq.

Therefore, in order to protect its rights, White River must insist that yourclickshop.top:

    (i)    Cease and refrain in the future from using the Mako Logo and any confusingly similar marks, logos, and phrases; and
    (ii)    Immediately remove the Infringing Products from yourclickshop.top.

Please send us written confirmation of your intent to comply with these demands no later than March 1, 2021. If we do not receive an affirmative response from you by March 1, 2021, White River will consider all available legal remedies.

This letter is not a complete statement of the facts or the law and is without prejudice to White River's legal and equitable rights, which are expressly reserved.

Marsha Green
Paralegal
Great Outdoors Group, LLC
2500 E. Kearney St.
Springfield, MO 65898
417.873.4323 – Direct
417.873.4399 – Fax
[MEGreen@basspro.com](mailto:MEGreen@basspro.com)

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.