# EXHIBIT 4

**EXHIBIT 4**

| Domain | Marks Infringed | Exemplary Infringing Goods |
|---|---|---|
| https://teesband98.com/limited-mij1-?fbclid=IwAR2aBqXQgyl4pSf6w_ZC2tBagPryNBCv0ZSs7k5M3ipl0ouq7UkwfObJ_4U&s=hanes-5250&c=Black&p=FRONT | TRACKER Marks | |
| https://99teezones.shop/selver-0010?fbclid=IwAR0m3cJfD7MsM55ihyuSivLc3OayeyZ6EiVgM6o22R5uXrV9jU07uV2CSBs&s=hanes-5250&c=Black&p=FRONT | TRACKER Marks | |
| https://newdesigneprint.shop/limited-usa-6-1?s=hanes-5250&c=Black&p=FRONT&fbclid=IwAR3fb_WtZFfKUZ85gzLGXeeKwQYKtfIke0fzoi1TMzT0KE-ACNEvBZ3QEY4 | TRACKER Marks | |
| https://teesband98.com/limited-sum77?fbclid=IwAR0JReJjvZm3cMi7rIHbJpOv7cB3EyalzYV9WsXYw6UebedxKGzos6khiho&s=hanes-5250&c=Black&p=FRONT | TRACKER Marks | *Website URL was not active as of the time of the filing of the complaint, but was active and selling Infringing Goods as of at least March 10, 2022.* |
| https://platinumshop.store/3380-arf?fbclid=IwAR3zEdtGyzz0whjmA3o67FCWvGEiews8Ttedx_jBHHSCynNCK4vlPmEchkI | TRACKER Marks | *Website URL was not active as of the time of the filing of the complaint, but was active and selling Infringing Goods as of at least March 10, 2022.* |

| URL | Mark | Image |
|---|---|---|
| https://teesband98.com/limited-alo33?fbclid=IwAR39IYlo6bNifYQeY_2WE4TnxV6nrnVCRL7rdaoGYruTzgmVIbqQ5USXSLg&s=hanes-5250&c=Black&p=FRONT | TRACKER Marks | |
| https://bestyprints-shop.com/untitled-13-7?s=gildan-18500&c=Dark+Heather&p=FRONT&fbclid=IwAR2AoML1l0BACCUyD66K4uu26q8yikmJc4V0yZKns2bihrk3JB2hQDQuK0g | SUN TRACKER Marks | |
| https://99shoppingpro.com/limited-editor-ab-47?s=ceramic-11&c=White&p=BACK&fbclid=IwAR0RzGioA6O5cQb2Dt-qvTguAqZ-EFUKkUNPqnIRUcl-CfFADzsfXN22U8c | SUN TRACKER Marks | |
| https://colours99.xyz/limited-additio-1024-1988-?fbclid=IwAR0sOwRavKwFCS3m_XIgnaSWRmbcM25zy3kJULormpXV9ysA3WrIIKSkhPM&s=hanes-5250&c=Navy&p=FRONT | MAKO Marks | |

| URL | Marks | Image |
|---|---|---|
| https://premium-tstore.com/limited-soh08?fbclid=IwAR2NvchFseYdaHDNRCz6k1fzb2_Ua-mI1W2ThbN45P69eUiAuxOQi_h0IYg | TAHOE Marks | Black long-sleeve shirt with TAHOE Sport Boats logo |
| https://sailprint-shop.com/limited-edition-abc-686?s=hanes-5250&c=Carolina%20Blue&p=FRONT&fbclid=IwAR3tRHvlxcbKv4D5xrkQDbcSLv-EU9z_yzHd-IzkLrNa9RvqsxpX5C_K1b4 | TAHOE Marks | Carolina blue t-shirt with TAHOE Sport Boats logo |
| https://dollarsmart.shop/20220314-233015?fbclid=IwAR2SoRpTZci4OpixvbmqJ_P93z9p849q7ycAm7LEbILjMPwWlEXvgWyw3hc | RANGER Marks | White t-shirt with Ranger "Driven to Dominate" logo |
| https://teesband98.com/limited-mij44?fbclid=IwAR3H9741CEAZGFHdhbJHXG9vzUY--cyexEHhwy-rUGjGZG7pQIgqcTKpe3s | RANGER Marks | White/black raglan shirt with Ranger "Driven to Dominate" logo |

| URL | Mark | Image |
|---|---|---|
| https://sktshirtstore.com/ranger-km?fbclid=IwAR3wC0ANfm6acJ9-E2urtvj4jdCEj7_UmQfjRZtsKYipvFd3pcuyrmneIAs&s=hanes-5250&c=Ash&p=FRONT | RANGER Marks | |
| https://deluxe98tess.com/107-srs-?fbclid=IwAR2wAQ3VgJxDqQ3-LTOsyzVKDOu0StgOF5BPus8rtksjvaYfcrFnmtiDq04 | RANGER Marks | *Website URL was not active as of the time of the filing of the complaint, but was active and selling Infringing Goods as of at least March 14, 2022.* |
| https://better-tees.com/4-lake?s=hanes-5250&c=Black&p=FRONT&fbclid=IwAR3w4s5t-73Je2jDa4Qmicp92HZZ7TJOSm01Yfwhjk7u22YDPw-THM6cYbg | RANGER Marks | |
| https://tpublic.shop/20220314-101259?fbclid=IwAR22fY-_PZaehU3_0OTBFCIZ6CFnfV3aSNtaquZtxjqdgMD7JQvK-JMTM3U&s=hanes-5250&c=White&p=FRONT | RANGER Marks | |
| https://trendycloothes.com/limited-edition-raj334?fbclid=IwAR24Ds1ifOvUqskSv2BiEkwm6Y_avOYUDlwszNJnm2KcMxik7TmDzFbUdbk | ASCEND Marks | |

| | | |
|---|---|---|
| https://bandclothstore.com/limited-edition-ascend?s=hanes-5250&c=Light%20Steel&p=FRONT&fbclid=IwAR2qGJk0e2-EEL7zefdsybmOXo4mZjr-7BnoxPvG7eAQ9sCjF0RjXNRPs_E | ASCEND Marks |  |